IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
v. : CRIMINAL NUMBER 05-043-01
:
SOK NOU
Fed. Reg. No. 59310-066

**FILED**
JAN 0 5 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

And now this 5 day of January, 2012, pursuant to 18 U.S.C. § 3582(c)(2) and by agreement of the parties, it is hereby ORDERED that the term of imprisonment in this case is reduced from 135-120 months. All other terms and conditions of the original sentence are to remain the same.[1]

BY THE COURT:

THE HONORABLE MARY A. McLAUGHLIN
United States District Court Judge

---

[1] Section 1B1.10 of the Sentencing Guidelines requires that, in determining whether to reduce a sentence based on a retroactive amendment, the Court must consider any impact on public safety. In this case, the government advises the Court that, apart from the information about the defendant's criminal conduct and history which was known and addressed at the initial sentencing proceeding in this case, the government is not aware of any other conduct since sentencing which suggests that the defendant poses a danger to any person or the community.

CC: Bernadette McKeon, Ausa
Christy Unkel, Esq.
Deru prut,
Probation
P. Marshitz.